# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Campbell, Charles L<br>Campbell, Kimberly M<br>Printed: 02/17/09 | Case Number: 08 B 23104<br>Judge: Hollis, Pamela S<br>Filed: 8/30/08 |

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 5, 2009
Confirmed:  None

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 4,800.00 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 50.11 | 0.00 |
| 5. | ACL Inc | Unsecured | 3.49 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 28.87 | 0.00 |
| 7. | Receivables Management Inc | Unsecured | 185.00 | 0.00 |
| 8. | ACL Inc | Unsecured | 2.38 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 78.93 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 21.72 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 78.10 | 0.00 |
| 12. | ACL Inc | Unsecured | 2.54 | 0.00 |
| 13. | Budget Construction Company | Unsecured | | No Claim Filed |
| 14. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 15. | Collection Company Of America | Unsecured | | No Claim Filed |
| 16. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 17. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 18. | Credit Protection Association | Unsecured | | No Claim Filed |
| 19. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 20. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 21. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 22. | MRSI | Unsecured | | No Claim Filed |
| 23. | Harris & Harris | Unsecured | | No Claim Filed |
| 24. | Medical Collections | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 26. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Campbell, Charles L | Case Number: 08 B 23104 |
|---|---|---|
| | Campbell, Kimberly M | Judge: Hollis, Pamela S |
| | Printed: 02/17/09 | Filed: 8/30/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Realty Consulting Services Inc | Unsecured | | No Claim Filed |
| 28. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 29. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 30. | Shaffer & Associates | Unsecured | | No Claim Filed |
| 31. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 32. | Collection System | Unsecured | | No Claim Filed |
| 33. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 34. | RoundUp Funding LLC | Unsecured | | No Claim Filed |
| 35. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 36. | MRSI | Unsecured | | No Claim Filed |
| | | | $ 8,735.14 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: